U.S. Department of Justice

United States Attorney
Eastern District of New York

EMN:DAL
F. #2013R01652

271 Cadman Plaza East
Brooklyn, New York 11201

November 20, 2013

By Hand and ECF

The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. John Doe
                  Misc. Docket No. 13-863 (WFK)

Dear Judge Kuntz:

        The government respectfully submits the enclosed motion and proposed order to close the courtroom in this matter for a proceeding and requests that the motion and any order entered by the Court be filed under seal. Counsel for the defendant has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

        The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled in courtroom 6 H North for November 21, 2013 at 2:30 p.m.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

By:        s/
        Darren A. LaVerne
        Assistant U.S. Attorney
        (718) 254-6783